IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE EVERETT WELCH,

        Plaintiff,                   No. CIV S-03-0072 LKK JFM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.            <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed September 28, 2006, the district court granted defendants' motion for summary judgment on plaintiff's claim for monetary damages, denied without prejudice defendants' motion for summary judgment on plaintiff's claims for declaratory and injunctive relief, and referred the matter back to the undersigned for further proceedings.

        Good cause appearing, IT IS HEREBY ORDERED that the parties are granted thirty days from the date of this order in which to file and serve further motions for summary

/////

/////

/////

/////

1

1  judgment.  Any such motion shall be briefed in accordance with the provisions of Local Rule 78-
2  230(m) and this court's order filed February 18, 2003.
3  DATED: October 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
welc0072.fmsj