IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EUGENE EVERETT WELCH,**<br><br>                                    Plaintiff,<br><br>          v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,**<br><br>                                    Defendants. | 2:03-cv-00072 LKK JFM (PC)<br><br>**ORDER EXTENDING TIME TO FILE FURTHER MOTION FOR SUMMARY JUDGMENT AND TO RESPOND TO PLAINTIFF'S RESPONSE TO COURT'S ORDER OF OCTOBER 26, 2006** |

Defendants' second request for an extension of time to file a further motion for summary judgment and to respond to Plaintiff's response to Court's order of October 26, 2006, was considered by this Court and, good cause appearing,

IT IS HEREBY ORDERED that Defendants have a 15-day extension of time, from the date of service of this order, to file a further motion for summary judgment. Defendants also

/////
/////
/////
/////
/////
/////
/////

Order Extending Time to File a Further Motion for Summary Judgment and to Respond to Plaintiff's Response to Court's Order of October 26, 2006

1

1  have a 15-day extension of time, from the date of service of this order, to respond to Plaintiff's

2  response to the Court's order of October 26, 2006.

3  Dated: January 9, 2007.

UNITED STATES MAGISTRATE JUDGE

/welc0072.ext(2)

Order Extending Time to File a Further Motion for Summary Judgment and to Respond to Plaintiff's Response to Court's Order of October 26, 2006

2