IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EUGENE EVERETT WELCH,**<br><br>                              Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,**<br><br>                              Defendants. | 2:03-cv-00072 LKK JFM (PC)<br><br>**ORDER EXTENDING TIME TO FILE REPLY BRIEF TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

Defendants' first request for an extension of time to file a reply brief to Plaintiff's summary judgment opposition was considered by this Court and, good cause appearing,

IT IS HEREBY ORDERED that Defendants have a 15-day extension of time, from the date of service of this order, to file a reply brief to Plaintiff's opposition to motion for summary judgment.

DATED: February 21, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

welc0072.ext3

Order Extending Time to File Reply Brief to Opposition to Motion for Summary Judgment

1