IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE EVERETT WELCH,

    Plaintiff,                    No. CIV S-03-0072 LKK JFM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendant.                  <u>ORDER</u>

/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 25, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.[1]

/////

---

[1] On August 1, 2007, plaintiff filed a notice of interlocutory appeal from the findings and recommendations. By order filed September 14, 2007, the United States Court of Appeals for the Ninth Circuit dismissed plaintiff's appeal for lack of jurisdiction.

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4      1.  The findings and recommendations filed July 25, 2007 are adopted in full;
5      2.  Plaintiff's November 6, 2006 response to the court's October 26, 2006 order is
6  construed as a motion for summary judgment and, so construed, is denied; and
7      3.  Defendants' January 26, 2007 motion for summary judgment is granted.
8  DATED: September 26, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT