IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE EVERETT WELCH,

    Plaintiff,                  No. 2:03-cv-0072 LKK JFM (PC)

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.             ORDER

        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action in 2003, claiming his rights under the Religious Land Use and Institutionalized Persons Act of 2000 (RLUIPA) were being violated by enforcement against him of grooming regulations promulgated and implemented by the California Department of Corrections (CDC) in 1997.[1]  Judgment was entered in this action in 2007.

        On April 13, 2012, plaintiff filed a letter in which he asserts that prison officials at Mule Creek made him dispose of all of the paperwork from this action when the case ended, that the Attorney General represented that "all the 128-A and 115s" were removed from his central file, that there are still "128-As" in his central file, that the California Board of Parole Hearings is

---

[1] The CDC is now known as the California Department of Corrections and Rehabilitation (CDCR).

using those documents to deny him parole, and that officials at Mule Creek refuse to remove the documents until they "get something from the court." Letter, filed April 13, 2012. Plaintiff seeks the name of the Deputy Attorney General who represented defendants in this action.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a copy of this court's July 25, 2007 findings and recommendations (Docket No. 137), a copy of the district court's September 26, 2007 order adopting the findings and recommendations (Docket No. 141), a copy of plaintiff's November 6, 2006 response to court order and defendants' motion for summary judgment and all exhibits appended thereto (Docket No. 126), and a copy of the declaration of L.B. Reaves in Support of Defendants' Motion for Summary Judgment, attached as Exhibit A to defendants' motion for summary judgment filed January 26, 2007 (Docket No. 132-2).

2. Counsel for defendants shall take all steps necessary to confirm the representations made in this action concerning expungement of documents from plaintiff's central file and shall within twenty days from the date of this order file a written report addressing whether any grooming related documents remain in plaintiff's central file.

DATED: April 25, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
welc0072.o